# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br><br>v.<br><br>**MAALIQUE MILORD,**<br><br>_Defendant_ | Case No. 23-MJ-4125 |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about September 5, 2023, in the County of Monroe, in the Western District of New York, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 922(g)(1) | Felon in possession of a firearm |

This Criminal Complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

_____
Andrew Farnham, Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim.P. 4.1 and 4(d) on:

Date: September 7, 2023

City and State: Rochester, New York

_____
MARIAN W. PAYSON
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

MAALIQUE MILORD,

             Defendant

23-MJ-4125

STATE OF NEW YORK   )
COUNTY OF MONROE  ) SS:
CITY OF ROCHESTER  )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andrew Farnham, being duly sworn, depose and state as follows:

1. Your affiant is a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to the New York Field Division, Rochester Field Office. Your affiant is a graduate of the Criminal Investigator School and the ATF National Academy, both located at the Federal Law Enforcement Training Center in Glynco, Georgia. I have been employed as a Special Agent since February 2019. Prior to being employed as a Special Agent, I was employed as a United States Border Patrol Agent beginning in 2008 in Ogdensburg, New York until February of 2019. In August 2021 your affiant completed the Firearms Interstate Nexus Training Course in Martinsburg, West Virginia. As part of my professional experience, I have participated in state and federal investigations involving the illegal possession of firearms and narcotics, narcotics trafficking, and other violations of federal and state law.

1

## PURPOSE OF AFFIDAVIT

2.  This affidavit is submitted in support of a criminal complaint charging MAALIQUE MILORD (hereinafter MILORD) with violations of Title 18, United States Code, Section 922 (g)(1) (Felon in possession of a firearm). As more fully described below, the facts in this affidavit are based on a combination of my personal participation in this investigation, and conversations with other law enforcement officers involved in this investigation. Since this affidavit is being submitted for a limited purpose, I have not included each and every fact that I know concerning this investigation. Rather, I have set forth only those facts that relate to the issue of whether probable cause exists to believe that MILORD committed the above-mentioned offense.

## MILORD'S PRIOR FELONY CONVICTION

3.  In connection with this investigation, your affiant has reviewed MILORD's criminal history, which reflects the following felony convictions:

> On July 10, 2018, in Monroe County Court, MILORD was convicted upon a plea of guilty to Burglary in the 2nd degree: Illegal entry- Dwelling and sentenced to 5 years imprisonment and 5 years post release supervision.

MILORD is currently on New York State Parole.

## PROBABLE CAUSE

4. On September 5, 2023, at approximately 1:37 am, Officers from the Rochester Police Department (RPD) were on routine patrol on Culver Road in the city of Rochester, New York in the Western District of New York.

5. While on patrol officers observed a grey Ford SUV bearing New York registration KBT5683 (later found to be a rental vehicle rented by MILORD) traveling south on Culver Road without required headlights or taillights. Officers began to follow the vehicle and activated emergency equipment to initiate a traffic stop. The driver ignored the emergency lights, and fled in the vehicle, proceeding through the intersection at Humboldt and De Mallie Street. The vehicle was unable to maintain its lane and crashed into a tree. Officers observed a black male later identified as MILORD exit the vehicle and begin to run west through residential backyards. MILORD was seen in black pants and wearing a black hoodie.

6. Officers began a foot pursuit and found a black sweatshirt in the back yard of 30 Vanberg Street. Other responding RPD officers, near Culver Road and Atlantic Street, observed a black male matching MILORD's description coming from the area of Vanberg Street, wearing black sweatpants and a damp white t-shirt. MILORD was breathing heavily and sweating profusely and when asked what he was doing responded he was going for a jog. MILORD was detained and freely admitted to being in a vehicle involved accident and knowing there was a shotgun in the vehicle.

7.   An inventory search of the vehicle was completed prior to towing by RPD. Located in the front passenger seat was a Mossberg, O.F. and Sons 12-gauge shotgun bearing serial number MV0966731 loaded with 6 rounds of 12-gauge shotgun ammunition. Also found in the center cupholder was 5 additional 12-gauge shotgun rounds.

8.   MILORD was transported by RPD to the East Side Office. MILORD was given his Miranda warnings at 03:52 am and waived his right to an attorney and agreed to talk with RPD officers. During the interview MILORD admitted to touching the shotgun stating his fingerprints would be on it and further stated he knew the shotgun was in the vehicle with him. MILORD also stated he saw the RPD vehicle activate its emergency lights, fled from RPD, and crashed the vehicle then absconded on foot.

## INTERSTATE NEXUS

9.   In connection with the investigation your affiant was given a description of the firearm, a Mossberg and Sons O.F. 12-gauge shotgun bearing serial number MV0966731 and determined that it was not manufactured in the state of New York and therefore affected interstate commerce.

## CONCLUSION

10.　Based on the above information, your affiant submits that probable cause exists to believe MILORD violated Title 18, United States Code, Section 922(g) (Felon in possession of a firearm).

							_____
							ANDREW J. FARNHAM
							Special Agent
							Bureau of Alcohol, Tobacco, Firearms and Explosives

Affidavit submitted electronically by email in .pdf format.
Oath administered, and contents and signature attested
to me as true and accurate telephonically pursuant to
Fed. R. Crim. P. 4.1 and 41(d)(3) on this __7__ day of September, 2023.

_____
HON. MARIAN W. PAYSON
United States Magistrate Judge

5